# EXHIBIT A

# Exhibit A

# A-1



**Copyright**
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help    Search    History    Titles    Start Over

**Public Catalog**

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic AND guide)[in Keyword Anywhere] AND ("global brother")[in Keyword Anywhere]
Search Results: Displaying 1 through 4 of 4 entries.

◀ previous    next ▶

Resort results by: [          ▾]                                                              Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | Holistic Guide to Wellness. | TX0009246277 | 2023 |
| ☐ [ 2 ] | Holistic Guide to Wellness - commercial video. | PA0002405925 | 2023 |
| ☐ [ 3 ] | HOLISTIC GUIDE TO WELLNESS cover design. | VA0002425155 | 2023 |
| ☐ [ 4 ] | HOLISTIC GUIDE TO WELLNESS website. | TX0009455798 | 2023 |

Resort results by: [          ▾]                                                              Set Search Limits

Clear Selected    Retain Selected
◀ previous    next ▶

| Save, Print and Email (Help Page) | |
|---|---|
| **Records** | Select Format: [Full Record ▾] Format for Print/Save |
| ○ All on Page | |
| ● Selected On Page | Enter your email address: [                    ] Email |
| ○ Selected all Pages | |

Help    Search    History    **Titles**    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.



## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic guide)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 4 entries

◄ previous | next ►

Labeled View

*The Holistic Guide to Wellness.*

| | |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TX0009246277 / 2023-04-03 |
| **Application Title:** | The Holistic Guide to Wellness. |
| **Title:** | The Holistic Guide to Wellness. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului Str, 22A Lighthouse Residence, floor 1, ap 12A, Bucharest, 014163, Romania. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-03-10 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Nicole Apelian, Domicile: United States; Citizenship: United States. Authorship: text. |
| | Global Brother SRL, employer for hire. Authorship: text, artwork. |
| | Amber Robinson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text. |
| | Chloe Wade (author of anonymous contribution); Domicile: Canada; Citizenship: Canada. Authorship: text. |
| | Tamara Dickson (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text. |
| | Janelle Louis (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text. |
| | Jacqueline Leone (author of anonymous contribution); Domicile: United States; Citizenship: United States. Authorship: text. |
| | Tori Gilbert (author of anonymous contribution); Domicile: Australia; Citizenship: Australia. Authorship: text. |
| | Tyla Cornish (author of anonymous contribution); Domicile: New Zealand; Citizenship: New Zealand. Authorship: text. |
| **Rights and Permissions:** | Claudia Giurgi, Global Brother SRL, Ghiozdanului 22A Lighthouse Residence - ap 12A, Bucharest, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com |
| **Copyright Note:** | C.O. correspondence. |
| **ISBN:** | 978-1-7354815-8-6 |
| **Names:** | Apelian, Nicole |
| | Robinson, Amber |
| | Wade, Chloe |
| | Dickson, Tamara |
| | Louis, Janelle |
| | Leone, Jacqueline |
| | Gilbert, Tori |
| | Cornish, Tyla |
| | Global Brother SRL |

◄ previous | next ►

| **Save, Print and Email (Help Page)** | | |
|---|---|---|
| Select Download Format | Full Record ▾ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Type of Work:        Text

Registration Number / Date:
                     TX0009246277 / 2023-04-03

Application Title: The Holistic Guide to Wellness.

Title:               The Holistic Guide to Wellness.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Brother SRL, Transfer: By written agreement.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Nicole Apelian; Domicile: United States; Citizenship:
                         United States. Authorship: text.
                     Global Brother SRL, employer for hire. Authorship: text,
                         artwork.
                     Amber Robinson (author of anonymous contribution);
                         Domicile: United States; Citizenship: United States.
                         Authorship: text.
                     Chloe Wade (author of anonymous contribution); Domicile:
                         Canada; Citizenship: Canada. Authorship: text.
                     Tamara Dickson (author of anonymous contribution);
                         Domicile: United States; Citizenship: United States.
                         Authorship: text.
                     Janelle Louis (author of anonymous contribution); Domicile:
                         United States; Citizenship: United States. Authorship:
                         text.
                     Jacqueline Leone (author of anonymous contribution);
                         Domicile: United States; Citizenship: United States.
                         Authorship: text.
                     Tori Gilbert (author of anonymous contribution); Domicile:
                         Australia; Citizenship: Australia. Authorship: text.
                     Tyla Cornish (author of anonymous contribution); Domicile:
                         New Zealand; Citizenship: New Zealand. Authorship: text.

Rights and Permissions:
                     Claudiu Giurgi, Global Brother SRL, Ghiozdanului 22A
                         Lighthouse Residence - ap 12A, Bucharest, 014163,
                         Romania, +40768434324, giurgi.claudiu@yahoo.com

Copyright Note:    C.O. correspondence.

ISBN:                978-1-7354815-8-6

Names:               Apelian, Nicole
                     Robinson, Amber
                     Wade, Chloe
                     Dickson, Tamara
                     Louis, Janelle
                     Leone, Jacqueline
                     Gilbert, Tori
                     Cornish, Tyla
                     Global Brother SRL

===============================================================================



**Copyright**
United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (holistic guide)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 3 of 4 entries

| previous | next |

Labeled View

*THE HOLISTIC GUIDE TO WELLNESS.cover design.*

|  |  |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002425155 / 2024-11-19 |
| Application Title: | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| Title: | THE HOLISTIC GUIDE TO WELLNESS.cover design. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163. |
| Date of Creation: | 2023 |
| Date of Publication: | 2023-03-10 |
| Nation of First Publication: | United States |
| Authorship on Application: | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: photograph, 2-D artwork, text. |
| Rights and Permissions: | Claudia Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com |
| Copyright Note: | C.O. correspondence. |
| Names: | GLOBAL BROTHER SRL |

| previous | next |

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record    Format for Print/Save |
| Enter your email address:                    Email |

| Help | Search | History | Titles | Start Over |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002425155 / 2024-11-19

Application Title: THE HOLISTIC GUIDE TO WELLNESS.cover design.

Title:               THE HOLISTIC GUIDE TO WELLNESS.cover design.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2023

Date of Publication:
                     2023-03-10

Nation of First Publication:
                     United States

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: photograph, 2-D
                        artwork, text.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Office A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL

================================================================================
```

# Exhibit A

# A-2



**Copyright**
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (lost AND book AND of AND herbal)[in Keyword Anywhere] AND ("global brother")(in Keyword Anywhere]
Search Results: Displaying 1 through 6 of 6 entries.

◁ previous    next ▷

Resort results by: [        ▾]                                                                                     Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|---|---|---|
| ☐ [ 1 ] | Lost Book of Herbal Remedies. | TX0009021932 | 2019 |
| ☐ [ 2 ] | Lost Book of Herbal Remedies Book Cover. | VA0002369247 | 2019 |
| ☐ [ 3 ] | LOST BOOK OF HERBAL REMEDIES.COM | TX0009411164 | 2021 |
| ☐ [ 4 ] | Lost Book of Herbal Remedies Commercial Script. | PA0002339379 | 2019 |
| ☐ [ 5 ] | Lost Book of Herbal Remedies II The Healing Power of Plant Medicine. | TXu002422674 | 2024 |
| ☐ [ 6 ] | LOST BOOK OF HERBAL REMEDIES II website. | TX0009431664 | 2024 |

Resort results by: [        ▾]                                                                                     Set Search Limits

Clear Selected    Retain Selected

◁ previous    next ▷

| Save, Print and Email (Help Page) | |
|---|---|
| Records | Select Format: [Full Record ▾]  Format for Print/Save |
| ◯ All on Page<br>◉ Selected On Page  Enter your email address: [            ]  Email<br>◯ Selected all Pages | |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



**Copyright**
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

Help | Search | History | Titles | Start Over

**Public Catalog**

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (lost book of herbal)[ in Keyword Anywhere ]AND[(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 6 entries

previous | next

Labeled View

*The Lost Book of Herbal Remedies.*

| | |
|---|---|
| Type of Work: | Text |
| Registration Number / Date: | TX0009021932 / 2021-10-19 |
| Application Title: | The Lost Book of Herbal Remedies. |
| Title: | The Lost Book of Herbal Remedies. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Global Brother SRL, Transfer: By written agreement. Address: Ghiozdanului 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, Bucuresti, 014163, Romania. |
| Date of Creation: | 2019 |
| Date of Publication: | 2019-07-07 |
| Nation of First Publication: | United States |
| Authorship on Application: | Claude Davis; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s) |
| | Nicole Apelian; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s) |
| Previous Registration: | 2018, TX0008719391. |
| Basis of Claim: | text, photograph(s) |
| Pre-existing Material: | text, photograph(s) |
| Rights and Permissions: | Claudia Alexandru Giurgi, Global Brother SRL, Ghiozdanului 22A Lighthouse Residence - ap 12A floor 1, 12A, Bucharest, 014163, Romania, +40768434324, giurgi.claudiu@yahoo.com |
| Copyright Note: | C.O. correspondence. |
| ISBN: | 978-1-7354815-5-5 |
| Names: | Davis, Claude |
| | Apelian, Nicole |
| | Global Brother SRL |

previous | next

| Save, Print and Email (Help Page) |
|---|
| Select Download Format  Full Record ▾    Format for Print/Save |
| Enter your email address:            Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

```
Type of Work:        Text

Registration Number / Date:
                     TX0009021932 / 2021-10-19

Application Title: The Lost Book of Herbal Remedies.

Title:               The Lost Book of Herbal Remedies.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Brother SRL, Transfer: By written agreement.

Date of Creation:  2019

Date of Publication:
                     2019-07-07

Nation of First Publication:
                     United States

Authorship on Application:
                     Claude Davis; Domicile: Romania; Citizenship: Romania.
                        Authorship: text, photograph(s)
                     Nicole Apelian; Domicile: Romania; Citizenship: Romania.
                        Authorship: text, photograph(s)

Previous Registration:
                     2018, TX0008719391.

Pre-existing Material:
                     text, photograph(s)

Basis of Claim:      text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, Global Brother SRL, Ghiozdanului
                        22A  Lighthouse Residence - ap 12A floor 1, 12A,
                        Bucharest, 014163, Romania, +40768434324,
                        giurgi.claudiu@yahoo.com

Copyright Note:    C.O. correspondence.

ISBN:                978-1-7354815-5-5

Names:               Davis, Claude
                     Apelian, Nicole
                     Global Brother SRL


===============================================================================
```



**Copyright**
United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (lost book of herbal)( in Keyword Anywhere )AND(global brother)( in Keyword Anywhere )
Search Results: Displaying 2 of 6 entries

◄ previous    next ►

Labeled View

*The Lost Book of Herbal Remedies Book Cover.*

| | |
|---|---|
| Type of Work: | Visual Material |
| Registration Number / Date: | VA0002369247 / 2023-08-16 |
| Application Title: | The Lost Book of Herbal Remedies Book Cover. |
| Title: | The Lost Book of Herbal Remedies Book Cover. |
| Description: | Electronic file (eService) |
| Copyright Claimant: | Global Brother SRL. Address: Ghiozdanului 22A Lighthouse Residence - Ap 12A floor 1, Bucharest, 014163, Romania. |
| Date of Creation: | 2019 |
| Date of Publication: | 2019-07-07 |
| Nation of First Publication: | United States |
| Authorship on Application: | Global Brother SRL, employer for hire; Domicile: Romania. Authorship: 2-D artwork. |
| Rights and Permissions: | Mandour & Associates, APC, 8605 Santa Monica Blvd., Suite 1500, Los Angeles, CA, 90069, United States |
| Names: | Global Brother SRL |

◄ previous    next ►

| Save, Print and Email (Help Page) |
|---|
| Select Download Format Full Record ⌄  Format for Print/Save |
| Enter your email address: _____ Email |

Help  Search  History  Titles  Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

2/19/25, 12:44 PM
Case 1:25-cv-00204-UNA    Document 1-1    Filed 02/19/25    Page 14 of 22 PageID #: 34
cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi

```
Type of Work:        Visual Material

Registration Number / Date:
                     VA0002369247 / 2023-08-16

Application Title: The Lost Book of Herbal Remedies Book Cover.

Title:               The Lost Book of Herbal Remedies Book Cover.

Description:         Electronic file (eService)

Copyright Claimant:
                     Global Brother SRL.

Date of Creation:  2019

Date of Publication:
                     2019-07-07

Nation of First Publication:
                     United States

Authorship on Application:
                     Global Brother SRL, employer for hire; Domicile: Romania.
                        Authorship: 2-D artwork.

Rights and Permissions:
                     Mandour & Associates, APC, 8605 Santa Monica Blvd., Suite
                        1500, Los Angeles, CA, 90069, United States

Names:               Global Brother SRL

================================================================================
```

# Exhibit A

# A-3



**Copyright**
United States Copyright Office

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (apothecary)[in Keyword Anywhere] AND ("global brother")[in Keyword Anywhere]
Search Results: Displaying 1 through 7 of 7 entries.

◄ previous | next ►

Resort results by: [          ▼]                                          Set Search Limits

| # | Full Title | Copyright Number | Date |
|---|------------|------------------|------|
| ☐ [ 1 ] | Forgotten HOME APOTHECARY. | TXu002445163 | 2024 |
| ☐ [ 2 ] | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. | TXu002446715 | 2024 |
| ☐ [ 3 ] | Forgotten HOME APOTHECARY cover design. | VAu001533601 | 2024 |
| ☐ [ 4 ] | FORGOTTEN HOME APOTHECARY design cover. | VAu001538856 | 2024 |
| ☐ [ 5 ] | FORGOTTEN HOME APOTHECARY script. | TXu002433712 | 2024 |
| ☐ [ 6 ] | FORGOTTEN HOME APOTHECARY videos. | PAu004249674 | 2024 |
| ☐ [ 7 ] | FORGOTTEN HOME APOTHECARY website. | TXu002446167 | 2024 |

Resort results by: [          ▼]                                          Set Search Limits

Clear Selected | Retain Selected
◄ previous | next ►

| Save, Print and Email (Help Page) | | |
|---|---|---|
| **Records** | Select Format: Full Record ▼  Format for Print/Save | |
| ○ All on Page | | |
| ⊙ Selected On Page | Enter your email address: [                    ] | Email |
| ○ Selected all Pages | | |

Help | Search | History | Titles | Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page



**Copyright**

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (apothecary)[ in Keyword Anywhere ]AND(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 1 of 7 entries

[previous] [next]

**Labeled View**

*Forgotten HOME APOTHECARY*

**Type of Work:** Text
**Registration Number / Date:** TXu002445163 / 2024-09-05
**Application Title:** Forgotten HOME APOTHECARY.
**Title:** Forgotten HOME APOTHECARY.
**Description:** Electronic file (eService)
**Copyright Claimant:** GLOBAL BROTHER SRL. Address: Ghiozdaului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania.
**Date of Creation:** 2024
**Authorship on Application:** GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s)
**Rights and Permissions:** Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdaului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania, 014163, Romania, +40768434324, legal@globalbrother.com
**Copyright Note:** C.O. correspondence.
**Names:** GLOBAL BROTHER SRL

[previous] [next]

**Save, Print and Email (Help Page)**
Select Download Format [Full Record ▾] [Format for Print/Save]
Enter your email address: [                ] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

```
Type of Work:        Text

Registration Number / Date:
                     TXu002445163 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.

Title:               Forgotten HOME APOTHECARY.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:  2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Copyright Note:    C.O. correspondence.

Names:               GLOBAL BROTHER SRL
```

===============================================================================



**Copyright**
United States Copyright Office

Try the Copyright Public Records System (CPRS) pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Builder = (apothecary)[ in Keyword Anywhere ]AND[(global brother)[ in Keyword Anywhere ]
Search Results: Displaying 2 of 7 entries

◄ previous     next ►

Labeled View

*Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips.*

|  |  |
|---|---|
| **Type of Work:** | Text |
| **Registration Number / Date:** | TXu002446715 / 2024-08-30 |
| **Application Title:** | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. |
| **Title:** | Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your Fingertips. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | GLOBAL BROTHER SRL. Address: Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania. |
| **Date of Creation:** | 2024 |
| **Authorship on Application:** | GLOBAL BROTHER SRL, employer for hire; Domicile: Romania; Citizenship: Romania. Authorship: text, photograph(s) |
| **Rights and Permissions:** | Claudia Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului, no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163, Romania, +40768434324, legal@globalbrother.com |
| **Names:** | GLOBAL BROTHER SRL |

◄ previous     next ►

**Save, Print and Email (Help Page)**
Select Download Format | Full Record ▾ | Format for Print/Save
Enter your email address: [          ] Email

| Help | Search | History | Titles | Start Over |

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

```
Type of Work:         Text

Registration Number / Date:
                      TXu002446715 / 2024-08-30

Application Title: Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                      Fingertips.

Title:                Forgotten HOME APOTHECARY. 250 Powerful Remedies at Your
                      Fingertips.

Description:          Electronic file (eService)

Copyright Claimant:
                      GLOBAL BROTHER SRL.

Date of Creation:    2024

Authorship on Application:
                      GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                          Citizenship: Romania. Authorship: text, photograph(s)

Rights and Permissions:
                      Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                          no 22A, Floor 1, Ap A12, Room 1, Bucharest, 014163,
                          Romania, +40768434324, legal@globalbrother.com

Names:                GLOBAL BROTHER SRL

===============================================================================
```

Type of Work:       Visual Material

Registration Number / Date:
                    VAu001533601 / 2024-09-05

Application Title: Forgotten HOME APOTHECARY.cover design.

Title:              Forgotten HOME APOTHECARY.cover design.

Description:        Electronic file (eService)

Copyright Claimant:
                    GLOBAL BROTHER SRL.

Date of Creation:   2024

Authorship on Application:
                    GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                        Citizenship: Romania. Authorship: photograph, 2-D
                        artwork.

Rights and Permissions:
                    Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                        no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                        014163, Romania, +40768434324, legal@globalbrother.com

Names:              GLOBAL BROTHER SRL

================================================================================

```
Type of Work:        Visual Material

Registration Number / Date:
                     VAu001538856 / 2024-09-05

Application Title: FORGOTTEN HOME APOTHECARY.design cover.

Title:               FORGOTTEN HOME APOTHECARY.design cover.

Description:         Electronic file (eService)

Copyright Claimant:
                     GLOBAL BROTHER SRL.

Date of Creation:   2024

Authorship on Application:
                     GLOBAL BROTHER SRL, employer for hire; Domicile: Romania;
                         Citizenship: Romania. Authorship: photograph, 2-D
                         artwork.

Rights and Permissions:
                     Claudiu Alexandru Giurgi, GLOBAL BROTHER SRL, Ghiozdanului,
                         no 22A, Floor 1, Ap A12, Room 1, Bucharest, Romania,
                         014163, Romania, +40768434324, legal@globalbrother.com

Names:               GLOBAL BROTHER SRL

================================================================================
```