# EXHIBIT B



**Date:** December 17, 2024

## DMCA Takedown Notice

**1. Copyright**

Copyright Owner:
Global Brother SRL

Company/Organization:
Global Brother SRL

**2. Original Work**

Links to the original work:
- https://www.theholisticprotocols.com

**3. Allegedly Infringing Content**

Links to the allegedly infringing work:
- https://shop.app/products/8507650703517?variantId=46211901587613

**4. Declarations**
- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.



**Date:** January 08, 2025

## DMCA Takedown Notice

### 1. Copyright
Copyright Owner:
Global Brother SRL

Company/Organization:
Global Brother SRL

### 2. Original Work
Links to the original work:
- https://s3.amazonaws.com/lostbookofremedies.com/open/Lost_Book_Remedies_Com_newlnk.pdf

### 3. Allegedly Infringing Content
Links to the allegedly infringing work:
- https://shop.app/products/8423652262045?variantId=45862518784157

### 4. Declarations
• I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
• All of the information in this notification is accurate.
• I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.



**Date:** January 28, 2025

**DMCA Takedown Notice**

**1. Copyright**

Copyright Owner:

Global Brother SRL

Company/Organization:

Global Brother SRL

**2. Original Work**

Links to the original work:

- https://www.forgottenhomeapothecary.com/brain/

**3. Allegedly Infringing Content**

Links to the allegedly infringing work:

- https://booksdeli.com/products/forgotten-home-apothecary-discover-potent-remedies-for-everyday-ailments-9781300810629?_pos=1&_sid=339bf6a36&_ss=r

**4. Declarations**

• I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.

• All of the information in this notification is accurate.

• I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.