# EXHIBIT C



**Date:** February 03, 2025

**DMCA Counter Notice | booksdeli.com**

## 1. Shopify Merchant Contact Information

First Name:

Ashirvad

Last Name:

Tomar

Phone:

0404477181

Email:

support@booksdeli.com

Address:

697

Waverley Road

City:

Glen Waverley

ZIP/Postal Code::

3150

Country:

Australia

State/Province:

Victoria

## 2. Material(s) Subject to the Counter Notice

Report ID:

10842c4d-4148-42af-aa73-de54bf2ee4bf

- [https://booksdeli.com/products/the-holistic-guide-to-wellness-uncovering-secrets-big-pharma-prefers-to-keep-hidden-natural-herbal-solutions-for-everyday-ailments-9781300931263?utm_medium=website&utm_source=shop-website](https://booksdeli.com/products/the-holistic-guide-to-wellness-uncovering-secrets-big-pharma-prefers-to-keep-hidden-natural-herbal-solutions-for-everyday-ailments-9781300931263?utm_medium=website&utm_source=shop-website)

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Ashirvad Tomar



**Date:** February 03, 2025

**DMCA Counter Notice | booksdeli.com**

## 1. Shopify Merchant Contact Information

First Name:

Ashirvad

Last Name:

Tomar

Phone:

0404477181

Email:

support@booksdeli.com

Address:

697

Waverley Road

City:

Glen Waverley

ZIP/Postal Code::

3150

Country:

Australia

State/Province:

Victoria

## 2. Material(s) Subject to the Counter Notice

Report ID:

cb766a35-a598-4a76-9068-928c06a57446

- [https://booksdeli.com/products/lost-in-nature-herbal-remedies-a-guide-to-natural-wellness-discover-safe-and-simple-techniques-for-everyday-wellness-9798332103179?utm_medium=website&utm_source=shop-website](https://booksdeli.com/products/lost-in-nature-herbal-remedies-a-guide-to-natural-wellness-discover-safe-and-simple-techniques-for-everyday-wellness-9798332103179?utm_medium=website&utm_source=shop-website)

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Ashirvad Tomar



**Date:** February 03, 2025

**DMCA Counter Notice | booksdeli.com**

## 1. Shopify Merchant Contact Information

First Name:

Ashirvad

Last Name:

Tomar

Phone:

0404477181

Email:

support@booksdeli.com

Address:

697

Waverley Road

City:

Glen Waverley

ZIP/Postal Code::

3150

Country:

Australia

State/Province:

Victoria

## 2. Material(s) Subject to the Counter Notice

Report ID:

299397aa-1703-44dc-95c1-0312aec9c938

- https://booksdeli.com/products/forgotten-home-apothecary-discover-potent-remedies-for-everyday-ailments-9781300810629?_pos=1&_sid=339bf6a36&_ss=r

## 3. Declarations

- I consent to the jurisdiction of the Federal District Court for the judicial district in which my address listed above is located or, if my address listed above is located outside of the United States, I consent to the jurisdiction of the Federal District Court for the District of Delaware.
- I will accept service of process from the party who submitted the DMCA Takedown Notice referred to above or its agent.
- I swear, under penalty of perjury, that I have a good faith belief that the affected content was removed as a result of a mistake or misidentification of the content to be removed.

## 4. Electronic Signature

Ashirvad Tomar