# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>  Plaintiff,<br><br>  v.<br><br>Ashirvad TOMAR and DIJURA PTY LTD,<br>d/b/a BOOKSDELI and DRONESDELI,<br><br>  Defendants. | C.A. No. 25-_____ |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff Global Brother SRL certifies that there is no parent corporation or publicly held corporation owning more than 10% or more of its stock.

Dated: February 19, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*