# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>   Plaintiff,<br><br> v.<br><br>Ashirvad TOMAR and DIJURA PTY LTD, d/b/a BOOKSDELI and DRONESDELI,<br><br>   Defendants. | C.A. No. 25-0204-MN |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves for the admission *pro hac vice* of Jason L. DeFrancesco of The DeFrancesco Law Firm PLLC to represent Plaintiff Global Brother SRL in the above-captioned matter.

Dated: July 9, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

*/s/ Daniel A. Taylor*
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*

## **ORDER GRANTING MOTION**

 IT IS HEREBY ORDERED counsel's Motion for Admission *Pro Hac Vice* of Jason L. DeFrancesco is GRANTED.

Dated: July ___, 2025

                _____
                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York, New Jersey, North Carolina, Florida, Washington, D.C., and the United States Patent and Trademark Office. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Court's Standing Order In re: Attorney Registration and Pro Hac Vice Fees effective January 1, 2024, I further certify that the fee of $50.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Dated: July 9, 2025

*/s/ Jason L. DeFrancesco*
Jason L. DeFrancesco
The DeFrancesco Law Firm PLLC
110 Dungannon Blvd, Suite 101
Wilmington, NC 28403
T: (910) 833-5428
jasond@defrancesco.law