# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLOBAL BROTHER SRL,<br><br>        Plaintiff,<br><br>    v.<br><br>Ashirvad TOMAR and DIJURA PTY LTD, d/b/a BOOKSDELI and DRONESDELI,<br><br>        Defendants. | C.A. No. 25-204-MN |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Global Brother SRL hereby gives notice of voluntary dismissal of this action. No answer or motion for summary judgment has been filed by Defendants. Plaintiff respectfully requests that the Court close this case.

Dated: August 12, 2025

**SMITH, KATZENSTEIN & JENKINS LLP**

<u>/s/ Daniel A. Taylor</u>
Neal C. Belgam (No. 2721)
Daniel A. Taylor (No. 6934)
1000 West Street, Suite 1501
Wilmington, DE 19801
(302) 652-8400
nbelgam@skjlaw.com
dtaylor@skjlaw.com

*Counsel for Plaintiff Global Brother SRL*